THIRD DEPARTMENT, SEPTEMBER, 1975

(September 12, 1975)*

■ In the Matter of the Claim of THEODORE KRYSTOFIK, Respondent, v GENERAL ELECTRIC COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion by appellant for order directing the Attorney-General to serve the full record list pursuant to section 300.18 of the rules of the Workmen's Compensation Board (12 NYCRR 300.18) and for stay pending appeal, granted, without costs. Cross motion to dismiss appeal on the ground that the board's decision of January 30, 1974 is interlocutory and therefore not appealable as a matter of law, denied, without costs. Sweeney, J. P., Kane, Koreman, Main and Larkin, JJ., concur.

FIRST DEPARTMENT, NOVEMBER, 1976

(November 4, 1976)

■ BEAULAH PRICEMAN, as Administratrix of the Estate of LOUIS PRICEMAN, Deceased, Appellant, v ALBEE SERVICE CORP. et al., Respondents.— Order, Supreme Court, New York County, entered on June 26, 1974, unanimously affirmed for the reasons stated by Chimera, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■ In the Matter of BLOOMINGDALE FAMILY PROGRAM, INC., Appellant, v NEW YORK STATE BOARD OF SOCIAL WELFARE, Respondent.—Judgment, Supreme Court, New York County, entered on October 22, 1975, unanimously affirmed for the reasons stated by Starke, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

* Not published with other decisions of September, 1975, 49 AD2d 772. [Rep.